Bella Schiff, defendant in error, v. Sarah Stamler and Phillip Stamler, plaintiffs in error. Gen. No. 33,263.

Opinion filed May 20, 1929. Rehearing denied June 6, 1929.

Samuel Micon, for plaintiffs in error. Martin M. Gross, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.